MARIE DOLD *v.* GEORGE A. HAGGERTY, impleaded, etc., Appellant, IRVING NATIONAL BANK, Respondent.

(Argued March 6, 1883 ; decided March 13, 1883.)

*Samuel Untemeyer* for appellant.

*Gratz Nathan* for respondent.

Agree to affirm.   No opinion.
All concur.
Order affirmed.